**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **FRANKLIN S. DENAULT, #09047-025,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **vs.** | )     **Case No. 21-cv-00102-JPG** |
| | ) |
| **DEPT. OF JUSTICE,** | ) |
| **FEDERAL BUREAU OF PRISONS,** | ) |
| **D. SPROUL,** | ) |
| **J. COWLEY,** | ) |
| **LESLIE BROOKS,** | ) |
| **and USP MARION,** | ) |
| | ) |
| **Defendants.** | ) |

<u>**NOTICE OF IMPENDING DISMISSAL**</u>

**GILBERT, District Judge:**

Plaintiff Franklin S. Denault filed this action without prepaying the full $402.00 filing fee or submitting a motion for leave to proceed *in forma pauperis* ("IFP motion"). On January 28, 2021, the Court ordered him to *either* pay the full filing fee or file a properly completed IFP motion within thirty days (on or before March 1, 2021). (Doc. 2). He was warned that failure to do so would result in dismissal of the action for failure to comply with a court order and/or for failure to prosecute his claims. (*Id*.) (citing FED. R. CIV. P. 41(b)).

The deadlines for paying the filing fee and/or filing an IFP motion has expired. Plaintiff missed the deadline and failed to request an extension. The Court will not allow this matter to linger indefinitely.

Plaintiff is **ORDERED** to either pay the full filing fee of $402.00 or file a properly completed IFP motion, in compliance with the Order at Doc. 2, on or before **March 18, 2021**.

Plaintiff is **WARNED** that failure to comply with this Order by March 18, 2021, shall result in dismissal of this action for want of prosecution and/or failure to comply with a court order under Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED.**

**DATED: March 5, 2021**                     s/J. Phil Gilbert
                                             **J. PHIL GILBERT**
                                             **United States District Judge**