UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

FRANKLIN S. DENAULT,

    Plaintiff,

    v.

DEPARTMENT OF JUSTICE, FEDERAL BUREAU OF PRISONS, D. SPROUL, J. COWLEY, LESLIE BROOKS, and USP-MARION,,

    Defendants.

Case No. 21-cv-102-JPG

## **JUDGMENT**

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that the following claims are dismissed without prejudice:

- Count 1:   an Eighth Amendment claim against Lieutenant Cowley and PA Brooks for denying Denault adequate medical care for his seizures for four months at USP-Marion;

- Count 2:   an Eighth Amendment claim against Lieutenant Cowley for using excessive force against Denault by slamming him against the wall, cuffing him behind the back, and jerking his cuffs until he sustained a right rotator cuff injury at USP-Marion;

- Count 3:   an Eighth Amendment claim against Lieutenant Cowley and PA Brooks for denying Denault adequate medical care for his right rotator cuff injury for four months at USP-Marion; and

- all claims against defendant Sproul; and

IT IS FURTHER ORDERED AND ADJUDGED that all claims against defendants Department of Justice, Federal Bureau of Prisons, and USP-Marion are dismissed with prejudice.

**DATED:** September 6, 2022

                                                **MONICA A. STUMP, Clerk of Court**

                                                <u>s/Tina Gray, Deputy Clerk</u>

**Approved:**   <u>s/ J. Phil Gilbert</u>
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**